FILED

01/07/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0376

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0376

IN THE MATTER OF:

M.S.,

   Respondent and Appellant.

## GRANT OF EXTENSION

  Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, the State is granted an extension of time to and including February 8, 2025, within which to prepare, file, and serve the Appellee's response brief.

SK

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 7 2025